ACCEPTED
03-14-00404-CV
7194568
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/1/2015 4:29:17 PM
JEFFREY D. KYLE
CLERK

**No. 03-14-00404-CV**

---

*In the Third Court of Appeals*
*Austin, Texas*

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

10/1/2015 4:29:17 PM

JEFFREY D. KYLE
Clerk

---

**KEVIN TOWER AND KARRIE LYNN TOWER**
*Appellants,*
V.
**BANK OF AMERICA, N.A.**
*Appellee.*

---

ON APPEAL FROM THE COUNTY COURT AT LAW, HAYS COUNTY, TEXAS
CAUSE NO. 13-0320-C

---

## APPELLEE'S RESPONSE TO MOTION FOR REHEARING

---

Jonathan M. Williams
jwilliams@mlg-defaultlaw.com
State Bar No. 00791932
MARINOSCI & BAXTER
MARINOSCI LAW GROUP, P.C.
14643 Dallas Parkway, Suite 750
Dallas, Texas 75245
Phone: (972) 331-2100
Fax:     (972) 331-5240

ATTORNEYS FOR APPELLEE
BANK OF AMERICA, N.A.

**PAGE 1**

## RESPONSE TO MOTION FOR REHEARING

Appellee files this brief and initial response to Appellants' Motion for Rehearing to bring to the Court's attention that Appellants have not served any document filed during the pendency of this appeal upon the Appellee and that all certifications of service by facsimile are not accurate.

Appellee has previously contacted the Appellants at the beginning of the appeal, by phone, regarding this matter without any response. The only notice that Appellee has ever received was from the Court.

## CONCLUSION AND PRAYER

Appellee therefore respectfully requests that this Court deny Appellants' Motion for Rehearing.

Respectfully Submitted,

/s/ Jonathan M. Williams
jwilliams@mlg-efaultlaw.com
State Bar No. 00791932
MARINOSCI & BAXTER
MARINOSCI LAW GROUP, P.C.
14643 Dallas Parkway, Suite 750
Dallas, Texas 75245
Phone: (972) 331-2100
Fax:    (972) 331-5240

ATTORNEYS FOR APPELLEE
BANK OF AMERICA, N.A.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Response to Motion for Rehearing was served via the following method to the following persons on the 1st[th] day of October 2015.

Kevin Tower            Via first class mail and
541 Bayou Bend         CMRRR#    9407 1118 9956 3833 9527 82
Buda, Texas 78610

Karrie Lynn Tower      Via first class mail and
541 Bayou Bend         CMRRR#    9407 1118 99556 3833 9576 40
Buda, Texas 78610

/s/ Jonathan M. Williams
Jonathan M. Williams